People ex rel. Bright v Maginley-Liddie (2025 NY Slip Op 02862)

People ex rel. Bright v Maginley-Liddie

2025 NY Slip Op 02862

Decided on May 9, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 9, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
PAUL WOOTEN
DEBORAH A. DOWLING
CARL J. LANDICINO, JJ.

2025-05205

[*1]The People of the State of New York, ex rel. Elizabeth Bright, on behalf of Sergiy Kuznyetsov, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, New York, NY (Elizabeth Bright pro se of counsel), for petitioner.
Michael E. McMahon, District Attorney, Staten Island, NY (Timothy Pezzoli and Thomas B. Litsky of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Sergiy Kuznyetsov upon his own recognizance or, in the alternative, to set reasonable bail upon Richmond County Indictment No. 70160/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Richmond County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CHAMBERS, J.P., WOOTEN, DOWLING and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court